stated above. It is insisted that their verdict was excessive. Under the statute, a much heavier punishment could have been allotted to him.

No error appearing in the record, the judgment will be affirmed.

## COBB v. STATE.
### No. 25225.

Court of Criminal Appeals of Texas.

March 21, 1951.

## ALMAGUER v. STATE.
### No. 25222.

Court of Criminal Appeals of Texas.

March 21, 1951.

No attorney on appeal, for appellant.

R. L. Whitehead, Crim. Dist. Atty., David C. Moore, Asst. Crim. Dist. Atty., Longview, George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was charged with unlawfully selling beer on Sunday between the hours of 1:00 A.M., and 1:00 P.M., and by the jury fined the sum of $500.00.

Two agents of the Texas Liquor Control Board testified relative to a sale at such time by appellant, which sale was denied by him, as well as by his wife. This question of fact was submitted to a jury under a charge not objected to by appellant, and they decided the question in a verdict of guilt and a fine in the amount

Horace C. Hall, Jr., Bismark Pope, Laredo, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.